460 A.2d 867

Commonwealth v. Villani, Appellant.
Petition for Allowance of Appeal
Denied Nov. 11, 1983.

632

Before SPAETH, BROSKY and MONTEMURO, JJ.

Judgment of sentence affirmed.